JS-6

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11  EDUARDO GONZALEZ and MARIA          Case No. 2:18-CV-01317-AB-FFM
    GONZALEZ,
12                                      **ORDER GRANTING**
                                        **STIPULATION TO DISMISS**
13              Plaintiffs,             **CASE**

14       v.

15  FORD MOTOR COMPANY; and DOES
    1 through 10, inclusive,
16
                Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

Based on the Parties' joint stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and good cause appearing, the Court **GRANTS** the joint stipulation. Accordingly, the Court **DISMISSES** with prejudice the Complaint as to all parties and claims. The Clerk of Court shall terminate the case.

**IT IS SO ORDERED**

Dated: 11/27/2018

United States District Judge